IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CABIN S. LONG** § | | **PLAINTIFF** |
| § | | |
| § | | |
| **v.** § | **Civil No. 1:13CV343-HSO-RHW** | |
| § | | |
| § | | |
| **DEBORAH LEE JAMES, Secretary** § | | |
| **of the Department of the Air Force, and** § | | |
| **UNITED STATES OF AMERICA** § | | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion for Summary Judgment [55] filed by Defendants Deborah Lee James, Secretary of the Department of the Air Force, and the United States of America on July 6, 2015. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of September, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE